

**ORDERED in the Southern District of Florida on October 27, 2017.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

**In re:**

**LUZ STELLA MARTINEZ** *aka* **Luz S Martinez**
*aka* **Luz S Benjumea** *aka* **Luz Martinez** *aka* **Luz S
Diaz de Salas** *aka* **Luz Stella Diaz de Salas** *aka*
**Luz Bunjumea** *aka* **Luz Stella Benjumea** *aka* **Luz
Diaz de Salas**
    **Debtor.**
_____/

**Chapter 13
Case No. 16-18112-AJC**

**ORDER GRANTING BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR U.S.
BANK NATIONAL ASSOCIATION, AS TRUSTEE OF BUNGALOW SERIES F
TRUST'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

**THIS MATTER** came before the Court on October 24, 2017 upon the Motion by BSI Financial Services, As Servicing Agent for U.S. Bank National Association, As Trustee of Bungalow Series F Trust's for Relief From the Automatic Stay (D.E. #61)(the "Motion") filed October 2, 2017.  The Court, pursuant to Local Rule 4001-1(C), having considered this Motion, and being otherwise duly advised in the premises, it is, hereby,

**ORDERED,** as follows:

*Case No.: 16-18112-AJC*

1. The Motion is **GRANTED** as set forth herein.

2. The Automatic Stay is lifted to allow BSI Financial Services, As Servicing Agent for U.S. Bank National Association, As Trustee of Bungalow Series F Trust's to foreclose its mortgage on real property located at *1823 SW 18th Avenue, Miami, FL 33145*

3. This relief is *in rem* only in order to conduct a foreclosure sale and for the issuance of a writ of possession and certificate of title, if necessary; however, BSI Financial Services, As Servicing Agent for U.S. Bank National Association, As Trustee of Bungalow Series F Trust shall not seek any *in personam* relief against the Debtor without further order of the Court.

4. The Debtor agrees to waive the fourteen (14) day time period requirements under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

5. The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

**Copies furnished to:**

**Chase A. Berger, Esq.**
[Mr. Berger shall serve a conformed copy of this order to all interested parties and filed a Certificate of Service within three (3) days from the date of this Order.]