UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
■ Second _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Luz Stella Martinez        JOINT DEBTOR: _____        CASE NO.: 16-18112 AJC
SS#: xxx-xx- 9899                  SS#: xxx-xx- _____

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ | ■ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ■ |
| Nonstandard provisions, set out in Section VIII | ■ | ☐ |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT**: This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,196.24 for months 1 to 18 ;
2. $221.21 for months 19 to 19 ;
3. $283.20 for months 20 to 60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**  ☐ NONE    ☐ PRO BONO

| Total Fees: | $6775.00 | Total Paid: | $1500.00 | Balance Due: | $5275.00 |
|---|---|---|---|---|---|
| | Payable | $263.89 | /month (Months 1 to 18 ) | | |
| | Payable | $180.00 | /month (Months 19 to 19 ) | | |
| | Payable | $172.50 | /month (Months 20 to 21 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3500.00 + 2500(MMM) + 500(Mod) + 275 Cost = $6775.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

A. **SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

Debtor(s): Luz Stella Martinez _____ Case number: 16-18112 AJC

1. Creditor: Seterus, Inc.
   Address: POB 11790
   Newark, NJ 07101
   Last 4 Digits of Account No.: 4090
   Other: _____

   Arrearage/ Payoff on Petition Date    MMM - Denied
   MMM Adequate Protection    $846.64    /month (Months  1  to  18 )
   MMM Adequate Protection    $0.00    /month (Months  19  to  60 )

   ☒ Real Property
      ☒ Principal Residence
      ☐ Other Real Property
   Address of Collateral:
   1823 SW 18 AVE
   Miami, FL 33145
   ☐ Personal Property/Vehicle
   Description of Collateral: _____

   Check one below for Real Property:
   ☐ Escrow is included in the regular payments
   ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

B. **VALUATION OF COLLATERAL:** ☒ NONE

C. **LIEN AVOIDANCE** ☒ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ☒ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ☒ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

   B. **INTERNAL REVENUE SERVICE:** ☐ NONE

   Total Due:  $897.08    Total Payment  $897.08

   Payable:  $16.62   /month (Months  1  to  18 )

   Payable:  $14.24   /month (Months  19  to  60 )

   C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

   D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

   A. Pay  $21.72    /month (Months  1  to  18 )
      Pay  $4.85     /month (Months  19  to  19 )
      Pay  $68.14    /month (Months  20  to  21 )
      Pay  $240.64   /month (Months  22  to  60 )

Debtor(s): Luz Stella Martinez     Case number: 16-18112 AJC

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.** ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.** <u>SEPARATELY CLASSIFIED:</u>    ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.** <u>**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**</u>: Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☐ NONE

■ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Collateral | Acct. No. (Last 4 Digits) | Assume/Reject |
|---|---|---|---|
| 1. Nissan Motor Acceptance Corp. | 2015 Nissan Altima | 5220 | ■ Assume ☐ Reject |

**VII.** **INCOME TAX RETURNS AND REFUNDS:** ■ NONE

**VIII.** **NON-STANDARD PLAN PROVISIONS** ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Seterus Inc. (Acct #4090) will be paid outside the plan.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Luz Stella Martinez     Debtor     January 22, 2018
Luz Stella Martinez                               Date                          Joint Debtor             Date

January 22, 2018
Attorney with permission to sign on     Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**